UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSHUA LINER,

                              Plaintiff,

        v.                                        08-CV-1386

BRIAN FISCHER, Commissioner;
DALE ARTUS, Superintendent;
SCOTT GIGUERE, Law Library Officer;
THEODORE SWEET, Corrections Officer; and
JOHN DOE,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

        This *pro se* civil rights action pursuant to 42 U.S.C. § 1983  was referred to the

Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report-Recommendation

pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

        Defendants Artus, Fisher, and Sweet filed a motion for summary judgment

pursuant to Fed. R. Civ. P. 56 seeking dismissal of Plaintiff's complaint.  The

Report-Recommendation dated August 4, 2010 recommended that the Defendants' motion

be granted.  Plaintiff filed objections to the Report-Recommendation, essentially raising the

same arguments presented to the Magistrate Judge.

        When objections to a magistrate judge's Report-Recommendation are lodged, the

Court makes a "*de novo* determination of those portions of the report or specified proposed

findings or recommendations to which objection is made."  *See* 28 U.S.C. § 636(b)(1).  After

such a review, the Court may "accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge.  The judge may also receive further

evidence or recommit the matter to the magistrate judge with instructions."  *Id.*

Having reviewed the record *de novo* and having considered the issues raised in the

Plaintiff's objections, this Court has determined to accept and adopt the recommendation of

Magistrate Judge Baxter for the reasons stated in the Report-Recommendation.

It is therefore

**ORDERED** that Defendants' Motion for Summary Judgement (Dkt. No. 36) is

**GRANTED**, and the Plaintiff's Complaint be **DISMISSED** as to Defendants Artus, Fisher, and

Sweet.

IT IS SO ORDERED.

Dated:   September 22, 2010

Thomas J. McAvoy
Senior, U.S. District Judge